08 CV 6758

JUDGE DANIELS

PROSKAUER ROSE LLP
Russell L. Hirschhorn
1585 Broadway
New York, New York 10036-8299
P: 212.969.3286
F: 212.969.2900
*Attorney for Plaintiff*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BOARD OF TRUSTEES OF THE UFCW
LOCAL 174 PENSION FUND,

        Plaintiff,

        v.

RICHARD MATZELLE and "JOHN AND
JANE DOES 1-10",

        Defendants.

---

Civil Case No.: _____

**RULE 7.1 DISCLOSURE
STATEMENT**

**ECF CASE**

    1.    This Disclosure Statement is prepared in compliance with Rule 7.1 of the Federal Rules of Civil Procedure.

    2.    Plaintiff Board of Trustees of the UFCW Local 174 Pension Fund has no corporate parents, subsidiaries, or affiliates.

Dated: New York, New York
        July 29, 2008

                                      PROSKAUER ROSE LLP
                                      Attorney for Plaintiff

                                      By: _____
                                              Russell L. Hirschhorn
                                              1585 Broadway
                                              New York, New York 10036-8299
                                              (212) 969-3286
                                              rhirschhorn@proskauer.com