UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
BOARD OF TRUSTEES OF THE UFCW LOCAL
174 PENSION FUND,

                      Plaintiff,

      - against -

RICHARD MATZELLE AND JOHN AND JANE
DOES 1-10,

                      Defendant.
-------------------------------------------------------------X

Case No. 08 CV 6758

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             )ss.:
COUNTY OF QUEENS   )

      Shaun Jackson, being duly sworn deposes and says that: Deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

      On July 30, 2008, at approximately 9:49 p.m. at 78-34 79th Place, Glendale, NY 11385, Deponent served the within Summons and Complaint Individual Practices of Judge George B. Daniels, Individual Practices of Magistrate Judge James C. Francis, Notice of Availability of a United States Magistrate Judge to Exercise Jurisdiction, Consent to Exercise of Jurisdiction and ECF Rules and Instructions upon **Richard Matzelle** by delivering to and leaving with Richard Matzelle a true and correct copy of said documents.

      At the time of said service, Deponent asked whether Richard Matzelle is on active duty in the Armed Forces of the United States of America and received a negative response.

      Richard Matzelle is described as a white male, approximately 60-65 years of age, 170-180 lbs., 5'9-10' tall, with grey hair and wears glasses.

_____
Shaun Jackson
Lic#1200125

Sworn to before me this
31 day of July, 2008

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA5083169
Qual. in Queens City, New York City
Commission Expires November 17, 20